**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT HUNT,

      Plaintiff,

vs.

ACCESS VEGAS II, LLC, a Delaware Foreign Limited Liability Company, dba HARBOR ISLAND APARTMENT,

      Defendant.

Case No. 2:15-cv-01125-JCM-GWF

**ORDER**

      This matter is before the Court on the parties' Stipulation and Order to Extend Scheduled Deadlines (#13), filed on February 17, 2016.

      The parties request the Court extend the discovery deadlines in this matter for 190 days. The parties' reason for the extension is that the "ENE is not yet scheduled, and the parties wish to allow themselves sufficient time to evaluate their cases before an ENE is set and heard." *Stipulation (#13),* pg. 2, ln. 7-8. However, this case does not fall within the confines of the Court's Early Neutral Evaluation ("ENE") program. The ENE program applies in cases with claims of employment discrimination, not to civil actions generally. *See* Local Rule 16-6. The above-captioned case alleges claims for personal injury arising from a trip and fall at Defendant's place of business. *See Petition for Removal (#1-3).* Therefore, the Court finds that the parties reason for the requested extension is inapposite. Accordingly,

. . .

. . .

. . .

. . .

1     **IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Extend Scheduled Deadlines (#13) is **denied** without prejudice. The parties may submit a supplemental stipulation that provides a valid reason for the extension.

    DATED this 19th day of February, 2016.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```